Ohio Supreme Court

For full opinion 124 Oh St 461 (Oh Bar 2-9-32).

## ERIE RAILROAD CO v PUC

Ohio Supreme Court

No 23067.  Decided Feb 17, 1932

Jones, Matthias, Allen and Kinkade, JJ, concur. Marshall, CJ, and Stephenson, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**